**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10019-STA |
| JERROD JENNINGS, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on June 7, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Jerrod Jennings, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1s and 4s of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 10, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 7th day of June, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT